**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:04-cr-01239-CAS-4**

| | |
|---|---|
| Case title: USA v. Ortiz, et al | Date Filed: 09/02/2004 |
| | Date Terminated: 01/18/2007 |

Assigned to: Judge Christina A. Snyder

**Defendant (4)**

| | | |
|---|---|---|
| **Victor Gomez-Ortiz**<br>*TERMINATED: 01/18/2007* | represented by | **Mark S Windsor**<br>Mark S Windsor Law Offices<br>16 North Marengo Avenue, Suite 300<br>Pasadena, CA 91101<br>626-792-6700<br>Email: windsorlaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846,841 (a)(1), 841 (b)(1)(A): CONSPIRACY TO DISTRIBUTE COCAINE<br>(1) | Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of Seventy (70) Months. This sentence shall run concurrent to the sentence Gomez is currently serving for Los Angeles County Superior Court case no. BA267759-03. It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which is due immediately. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five (5) years under the following terms and conditions: the defendant shall comply with the rules and regulations of the Probation Office and General Order 318; defendant shall comply with the immigration rules and regulations of the United States. The defendant shall cooperate in the collection of a DNA sample from the defendant. The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendants treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge. Defendant is informed of his right to appeal. The Court hereby recommends that defendant be designated to a facility in Southern California as close thereto as possible. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA  represented by  **Peter A Hernandez**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*TERMINATED: 02/04/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence Mann**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 13th Floor
Los Angeles, CA 90012
213-894-2434
Fax: 213-894-3713
Email: usacac.criminal@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2004 | 35 | NOTICE OF REQUEST FOR DETENTION filed by USA as to Victor Gomez-Ortiz . (vc) (Entered: 12/27/2004) |
| 12/14/2004 | 44 | FIRST SUPERSEDING INDICTMENT filed against Jorge Ortiz (1) count(s) 1s, 2s, 3s, 4s, Ramon Ruiz (2) count(s) 1s, 2s, 3s, 4s, Jesus Ortiz (3) count(s) 1, Victor Gomez-Ortiz (4) count(s) 1, Thurston Stewart (5) count(s) 1, Finis Lawrence Adams (6) count(s) 1, Norberto Chihuahua (7) count(s) 3, Tocayo LNU (8) count(s) 3. (vc) Modified on 7/5/2006 (ew). (Entered: 12/28/2004) |
| 12/14/2004 | 47 | CASE SUMMARY filed by AUSA Hernandez, attorney for USA, as to Victor Gomez-Ortiz. (vc) (Entered: 12/28/2004) |
| 12/14/2004 | 53 | MEMORANDUM filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Tocayo LNU . This criminal action, being filed on 12/14/04, was not pending in the U.S. Attorney's Office before 12/22/98, the date on which U.S. District Judge Nora M. Manella began receiving criminal matters. (vc) (Entered: 12/28/2004) |
| 12/14/2004 | 54 | MEMORANDUM filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Tocayo LNU . This criminal action, being filed on 12/14/04, was not pending in the U.S. Attorney's Office before 11/2/92, the date on which U.S. District Judge Lourdes G. Baird began receiving criminal matters. (vc) (Entered: 12/28/2004) |
| 12/14/2004 | 55 | MEMORANDUM filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Tocayo LNU seeking authority for an investigative action and being filed on 12/14/04, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Patrick J. Walsh resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (vc) (Entered: 12/28/2004) |
| 12/14/2004 | 58 | MEMORANDUM filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Tocayo LNU seeking authority for an investigative action and being filed on 12/14/04, does not relate to, a mtr pending in the Major Fraud Section of the US Atty's Ofc before 6/30/01, the date on which Magistrate Judge Jennifer T. Lum resigned her appt in that ofc; or was personally involved or on which she was personally consulted while employed in the US Atty's Ofc. (vc) (Entered: 12/28/2004) |
| 12/14/2004 | 59 | MEMORANDUM filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Tocayo LNU seeking authority for an investigative action and being filed on 12/14/04, does not relate to, a mtr pending in the Organized Crime Section of the US Atty's Ofc before 9/29/00, the date on which Magistrate Judge Stephen G. Larson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (vc) (Entered: 12/28/2004) |
| 12/14/2004 | 60 | MEMORANDUM filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Tocayo LNU seeking authority for an investigative action and being filed on 12/14/04, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Jeffrey W. Johnson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (vc) (Entered: |

| | | |
|---|---|---|
| | | 12/28/2004) |
| 10/05/2005 | 134 | APPLICATION AND ORDER for Writ of Habeas Corpus Ad Testificandum ordered by Judge Christina A. Snyder and issued to Warden, Centinella State Prison for production Victor Gomez-Ortiz, to testify on 11/1/05, as to Victor Gomez-Ortiz. Writ issued. (roz) (Entered: 10/07/2005) |
| 12/05/2005 | 140 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Margaret A. Nagle as to Victor Gomez-Ortiz: Victor Gomez-Ortiz (4) count(s) 1 arraigned and states true name is as charged. CJA Attorney Mark S Windsor appointed. First appearance of Victor Gomez-Ortiz entered. Plea not guilty entered by Victor Gomez-Ortiz (4) count(s) 1 . Jury trial set for 9:30AM on 1/24/06; Status conference set for 1:30PM on 1/9/06; and Motion hearing set for 1:30PM on 1/9/06. Trial estimate is 2 to 4 weeks. Counsel to contact the clerk to Judge Snyder to confirm hearing dates. CourtSmart No.: CS 12/5/05 (vdr) (Entered: 12/13/2005) |
| 12/05/2005 | 141 | STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS filed as to Victor Gomez-Ortiz. (vdr) (Entered: 12/13/2005) |
| 12/05/2005 | 142 | FINANCIAL AFFIDAVIT filed as to Victor Gomez-Ortiz. (vdr) (Entered: 12/13/2005) |
| 12/05/2005 | 143 | ORDER OF DETENTION by Magistrate Judge Margaret A. Nagle as to Victor Gomez-Ortiz. (cc: all counsel) (roz) (Entered: 12/13/2005) |
| 12/06/2005 | 139 | BENCH WARRANT returned executed as to Victor Gomez-Ortiz 11/10/05. (ca) (Entered: 12/07/2005) |
| 12/20/2005 | 144 | JOINT STIPULATION AND ORDER OF PARTIES RE: PROPOSED TRIAL AND STATUS CONFERENCE DATE filed by Judge Christina A. Snyder as to Victor Gomez-Ortiz : ; jury trial set for 9:30 a.m., on 1/24/06 for Victor Gomez-Ortiz . Excludable: XR . The time period from 1/24/06 to 2/14/06 is deemed excludable pursuant to 18:3161(h)(7)(8)(A). (ca) (Entered: 12/21/2005) |
| 01/23/2006 | 147 | MINUTES OF STATUS CONFERENCE held before Judge Christina A. Snyder as to Jorge Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua: The Court confers with counsel and GRANTS counsels request to continue the status conference and trial in the above-referenced action. The Status Conference and Motions in Limine Hearing is continued to 2/27/06 at 1:30pm and the Jury Trial is continued to 3/20/06 at 9:30am. The Court further GRANTS defense counsels request for a pre-plea report as to defendant Finis Lawrence Adams and the Court orders the preparation of a pre-plea report from the United States Probation Office as to this defendant. C/R: Laura Elias (roz) (Entered: 01/31/2006) |
| 01/23/2006 | 151 | MINUTES OF STATUS CONFERENCE held before Judge Christina A. Snyder as to Jorge Ortiz, Thurston Stewart III, Norberto Chihuahua, Finis Lawrence Adams, Victor Gomez-Ortiz: The Court confers with counsel and GRANTS counsels request to continue the Status Conference and Motions in Limine Hearing to 2/27/06 at 1:30pm. Jury Trial is continued to 3/27/06 at 9:30am. The Court further GRANTS defense counsels request for a pre-plea report as to defendant Finis Lawrence Adams and the Court orders the preparation of a pre-plea report from the Untied States Probation OFfice as to this defendant. C/R: Laura Elias (roz) (Entered: 02/02/2006) |
| 02/06/2006 | 154 | STIPULATION AND ORDER filed by Judge Christina A. Snyder as to Jorge Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua: Jury Trial continued to 3/28/06 at 9:30am. Status Conference and Motions hearing date of 2/27/06 at 1:30pm. For the purpose of computing time under the Speedy Trial Act, 18:3161, et seq., within which trial must commence, the time period of 2/14/06 to 3/28/06 is deemed excludable pursuant to 18:3161(h)(7), (8)(A). (roz) (Entered: 02/07/2006) |
| 02/27/2006 | 165 | MINUTES OF IN CHAMBERS HEARING held before Judge Christina A. Snyder as to Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams, Norberto Chihuahua: Pursuant ot counsels' request, the Court grants counsels' request to continue the status conference and motion in limine hearing to 5/15/06 @ 1:30pm; continuing the Jury trial to 6/20/06 @ 9:30am for Jorge Ortiz, for Victor Gomez-Ortiz, for Finis Lawrence Adams, for Norberto Chihuahua. Government shall submit a stipulaton re excludable time order forthwith. C/R: not present (es) (Entered: 03/10/2006) |
| 03/07/2006 | 167 | NOTICE RELATED CRIMINAL CASE filed by USA as to Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart III, Finis Lawrence Adams, Norberto Chihuahua, Jorge Chavez . Low number case: CR 04-1239(A)-CAS. (rn) (Entered: 03/17/2006) |
| 03/08/2006 | 166 | STIPULATION AND ORDER filed by Judge Christina A. Snyder as to Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams : Status conference and hearing on motions set for 1:30 pn, 5/25/06; Jury trial set for 6/20/06, 9:30 am for Jorge Ortiz, Victor Gomez-Ortiz and Finis Lawrence Adams. Time period deemed excludable pursuant to 18:3161(h)(7) (8)(A) from 3/28/06 through 6/20/06. Excludable: XT (sv) (Entered: 03/14/2006) |
| 05/15/2006 | 171 | MINUTES OF Status Conference held before Judge Christina A. Snyder as to Defendant Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams. Jury Trial continued for 7/25/2006 09:30 AM before Judge Christina A. Snyder. Status Conference set for 6/19/2006 01:30 PM before Judge Christina A. Snyder. Court Reporter: Laura Elias. All defendants agree to continue the trial. Government counsel is directed to prepare a stipulation and order regarding excludable time. (am, ) (Entered: 05/19/2006) |
| 05/25/2006 | 173 | STIPULATION AND ORDER by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz, Finis Lawrence |

| | | |
|---|---|---|
| | | Adams. Time excluded from 6/20/06 until 7/25/06 pursuant to pursuant to 18 USC 3161. Jury Trial continued for 7/25/2006 at 09:00 AM before Judge Christina A. Snyder. Status Conference continued for 6/19/2006 at 01:30 PM before Judge Christina A. Snyder. (am, ) (Entered: 06/01/2006) |
| 06/14/2006 | 177 | Ex Parte Application and Order for Extraodiary Expert Fees by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz (es ) (Entered: 06/14/2006) |
| 06/19/2006 | 183 | MINUTES OF Status Conference held before Judge Christina A. Snyder as to Defendant Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams. The Court GRANTS defendant 1 request for further status confernece to include related case of CR06-379 FMC and sets further status conference on June 20, 11am pending transfer 06-379 FMC. The Court GRANTS the parties request to continue the trial and set another status conference Court Reporter: Gail Peoples. (pj, ) (Entered: 07/03/2006) |
| 06/23/2006 | 178 | JOINT STIPULATION OF PARTIES REGARDING PROPOSED TRIAL AND STATUS CONFERNECE DATE by Judge Christina A. Snyder as to Defendant Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams. Computing time under the Speedy Trial Act excluded from 7/25/2006 until 9/19/2006 is deemed excludable pursuant to 18:3161(h)(7), 8 (A). Jury Trial set for 9/19/2006 09:30 AM and Status Conference set for 8/21/2006 01:30 PM before Judge Christina A. Snyder. (pj, ) (Entered: 06/27/2006) |
| 06/23/2006 | | ***Excludable started as to Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams:, ***Excludable(s) stopped as to Jorge Ortiz, Victor Gomez-Ortiz, Finis Lawrence Adams (pj, ) (Entered: 06/27/2006) |
| 08/11/2006 | 187 | PLEA AGREEMENT filed by Plaintiff USA as to Defendant Victor Gomez-Ortiz. (ca ) (Entered: 08/18/2006) |
| 08/21/2006 | 192 | MINUTES OF IN CHAMBERS ORDER by Judge Christina A. Snyder : Due to non appearance of defense counsel. The Court continues Status Conference from 8/21/2006 to 8/28/2006 01:30 PM before Judge Christina A. Snyder. Court Reporter: Not Preesent. (pj, ) (Entered: 08/28/2006) |
| 08/28/2006 | 194 | MINUTES OF Change of Plea Hearing held before Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz. Defendant sworn. Court questions defendant regarding the plea. The Defendant Victor Gomez-Ortiz (4) pleads GUILTY to Count 1 of the Superseding Indictment. The plea is accepted. The Court ORDERS the preparation of a Presentence Report. Court Reporter: Laura Elias. (pj, ) (Entered: 08/30/2006) |
| 11/16/2006 | 206 | STIPULATION AND ORDER continuance of sentencing date by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz, Sentencing set for 12/20/2006 12:00 PM before Judge Christina A. Snyder. (pj, ) (Entered: 11/17/2006) |
| 11/30/2006 | 210 | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz, Sentencing is continued to 1/10/2007 at 12:00 PM. (roz, ) (Entered: 12/05/2006) |
| 12/08/2006 | 216 | POSITION WITH RESPECT TO SENTENCING FACTORS AND THE PRESENTENCE REPORT; filed by Plaintiff USA as to Defendant Victor Gomez-Ortiz. (mb, ) (Entered: 12/12/2006) |
| 12/21/2006 | 217 | SENTENCING MEMORANDUM filed by Defendant Victor Gomez-Ortiz (mb, ) (Entered: 12/22/2006) |
| 01/06/2007 | 218 | EXHIBIT filed by Defendant Victor Gomez-Ortiz RE: Sentencing Memorandum 217 in support of Sentencing. (Windsor, Mark) (Entered: 01/06/2007) |
| 01/10/2007 | 220 | MINUTES OF SENTENCING Hearing held before Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz. Defendant Victor Gomez-Ortiz (4), Count(s) 1. Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of Seventy (70) Months. This sentence shall run concurrent to the sentence Gomez is currently serving for Los Angeles County Superior Court case no. BA267759-03. It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which is due immediately. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five (5) years under the following terms and conditions: the defendant shall comply with the rules and regulations of the Probation Office and General Order 318; defendant shall comply with the immigration rules and regulations of the United States. The defendant shall cooperate in the collection of a DNA sample from the defendant. The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendants treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge. Defendant is informed of his right to appeal. The Court hereby recommends that defendant be designated to a facility in Southern California as close thereto as possible. Defendant advised of right of appeal. Court Reporter: Anne Kielwasser. (ca ) (Entered: 01/19/2007) |
| 01/16/2007 | 219 | NOTICE OF LODGING filed by Defendant Victor Gomez-Ortiz re *Proposed Order* (Attachments: # 1 Proposed Order Items to be Stricken from PSR)(Windsor, Mark) (Entered: 01/16/2007) |
| 01/18/2007 | 221 | JUDGMENT AND COMMITMENT by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz (4), Count(s) 1, Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of Seventy (70) Months. This sentence shall run concurrent to the sentence Gomez is currently serving for Los Angeles County Superior Court case no. BA267759-03. It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which is due immediately. Upon release from imprisonment, the defendant shall be placed |

| | | |
|---|---|---|
| | | on supervised release for a term of five (5) years under the following terms and conditions: the defendant shall comply with the rules and regulations of the Probation Office and General Order 318; defendant shall comply with the immigration rules and regulations of the United States. The defendant shall cooperate in the collection of a DNA sample from the defendant. The Court authorizes the Probation Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate the defendants treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge. Defendant is informed of his right to appeal. The Court hereby recommends that defendant be designated to a facility in Southern California as close thereto as possible. Signed by Judge Christina A. Snyder. (ca ) (Entered: 01/19/2007) |
| 02/06/2007 | 222 | ORDER ; IT IS HEREBY ORDERED that all reference to defendant alleged possession of a firearm be stricken from the Pre Sentence Report and the addendum to the Pre Sentence Report in this case; by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz, re: Sentencing,,,,,, 220 (mb, ) (Entered: 02/14/2007) |
| 02/15/2007 | 224 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following deficiency was found Document lists Jesus Gomez Ortiz, docket entry list Jorge Ortiz (mb, ) (Entered: 02/15/2007) |
| 02/16/2007 | 225 | ORDER CONTINUING STATUS CONFERENCE AND TRIAL DATES ; by Judge Christina A. Snyder as to Defendant Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart, III, Finis Lawrence Adams, Norberto Chihuahua, Jorge Chavez. Jury Trial continued to 6/19/2007 at 09:30 AM before Judge Christina A. Snyder. (mb, ) (Entered: 02/21/2007) |
| 02/04/2008 | 297 | NOTICE OF APPEARANCE OR REASSIGNMENT of AUSA Terrence Mann on behalf of Plaintiff USA. Filed by Plaintiff USA. (Mann, Terrence) (Entered: 02/04/2008) |
| 10/12/2009 | 388 | filed by Defendant Victor Gomez-Ortiz *Ex Parte Application for Re-Appointment of counsel for Motion Under 28 U.S.C. §2255* (Attachments: # 1 Proposed Order Appointing Counsel)(Windsor, Mark) Modified on 10/14/2009 (gk). (Entered: 10/12/2009) |
| 10/14/2009 | 390 | ORDER by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz (4). Upon Ex Parte Application 388 , IT IS HEREBY ORDERED that MARK WINDSOR be appointed, pursuant to the Criminal Justice Act, to represent Mr. Gomez-Ortiz in his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. Section 2255. (gk) (Entered: 10/14/2009) |
| 03/12/2010 | 405 | TRANSCRIPT filed as to Defendant Jorge Ortiz, Ramon Ruiz, Jesus Ortiz, Victor Gomez-Ortiz, Thurston Stewart, III, Finis Lawrence Adams, Norberto Chihuahua, Jorge Chavez for proceedings held on 01/10/2007 12:00 p.m.. Court Reporter/Electronic Court Recorder: Anne Kielwasser, phone number 213-894-2969. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/2/2010. Redacted Transcript Deadline set for 4/12/2010. Release of Transcript Restriction set for 6/10/2010.(Kielwasser, Anne) (Entered: 03/12/2010) |
| 04/01/2010 | 407 | NOTICE OF MOTION AND MOTION to Correct *Sentence* Filed by Defendant Victor Gomez-Ortiz Motion set for hearing on 4/26/2010 at 01:30 PM before Judge Christina A. Snyder. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Windsor, Mark) (Entered: 04/01/2010) |
| 04/06/2010 | 408 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Motion and Motion of Defendant Gomez-Ortiz to Correct Sentence Pursuant to 28 U.S.C. Section 2255 filed 4/1/2010 407 . The following error(s) was found: Motion should have been manually filed as a new civil action. A copy of this document has been forwarded to Civil Intake for assignment of a new civil case number. Clerk has terminated the 4/26/2010 1:30 PM hearing date. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 04/06/2010) |
| 04/06/2010 | 409 | NOTICE OF MOTION AND MOTION to Vacate, SetAside, Correct Sentence pursuant to 28:2255 ( Civil Case CV 10-2482-CAS.) Filed by Defendant Victor Gomez-Ortiz. (ghap) (Entered: 04/07/2010) |
| 04/22/2010 | 411 | MINUTE ORDER (In Chambers) by Judge Christina A. Snyder as to Defendant Victor Gomez-Ortiz. The Court is in receipt of Defendant Victor Gomez Ortizs (Petitioner) Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255, filed on April 6, 2010 and noticed for hearing on April 26, 2010. The Court hereby vacates the hearing date and sets the following briefing schedule: The Government (Respondent) shall file an opposition no later than May 24, 2010. Petitioner shall file an optional reply brief no later than June 24, 2010. Therefore, the parties are not to appear before this Court on April 26, 2010 at 1:30 P.M. (pp) (Entered: 04/23/2010) |
| 05/24/2010 | 414 | EX PARTE APPLICATION for Extension of Time to File Response/Reply as to MOTION to Vacate, SetAside, Correct Sentence pursuant to 28:2255 ( Civil Case CV 10-2482-CAS.) 409 Filed by Plaintiff USA as to Defendant Victor Gomez-Ortiz (Attachments: # 1 Proposed Order)(Mann, Terrence) (Entered: 05/24/2010) |
| 05/25/2010 | 415 | ORDER by Judge Christina A. Snyder granting 414 Government's Ex Parte Application for Extension of Time to File Respond as to Victor Gomez-Ortiz' Motion to Correct Sentence pursuant to 28 U.S.C. §2255 is extended from May 24, 2010 to June 4, 2010. The reply deadline will remain June 24, 2010. (pp) (Entered: 05/26/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/04/2010 17:38:59 | | | |
| **PACER Login:** | xe0181 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cr-01239-CAS End date: 6/4/2010 |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |