## Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register # | Age-Race-Sex | Release Date (Actual or Projected) | Location |
|---|---|---|---|---|
| 1. VICTOR GOMEZ-ORTIZ | 32422-112 | 27-White-M | 03-28-2011 | DALBY CI |

Results 1 - 1 of 1

New Search      FAQs      Privacy

# CI Dalby
# Contact Information

Approximately 15 percent of the Bureau's inmate population are confined in secure facilities operated primarily by private corrections companies and to a lesser extent by state and local governments, and in privately-operated community corrections centers. Contract facilities help the Bureau manage its population and are especially useful for meeting the needs of low security, specialized populations like sentenced criminal aliens. Staff of the Correctional Programs Division in Central Office provide oversight for privately-operated facilities.

**Physical Address (Do not use for mail unless it is the same as the mailing address listed.)**

Use this address for in-person visits.

CI DALBY
CORRECTIONAL INSTITUTION
805 NORTH AVENUE F
POST, TX 79356
**MapQuest® Map and Directions**[1]

Phone:  806-495-2175
Fax:  806-495-3157
E-mail address[2]:  **DAL/GENERAL@BOP.GOV**

[1]*Discretion is advised: In some cases MapQuest® may not find the exact address.*
[2]*This e-mail address should be used only if you have questions that are specific to this location. For general questions, go to our Contact Us page.*

**Shipping**

Use this address when shipping freight and non-USPS parcels. At most facilities, freight deliveries are generally processed through the warehouse.

**STAFF NAME**
CI DALBY
CORRECTIONAL INSTITUTION
ATTN:  WAREHOUSE
805 NORTH AVENUE F
POST, TX  79356

**Staff Mail**

Use this address when sending correspondence and parcels to staff.

**STAFF NAME**
CI DALBY
CORRECTIONAL INSTITUTION
805 NORTH AVENUE F
POST, TX  79356