O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-1239-CAS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| | ) | SUPERVISED RELEASE AND |
| VICTOR GOMEZ-ORTIZ, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On November 3, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 19, 20014.  Government counsel, Christopher Kendall, the defendant and his CJA appointed attorney, Mark Windsor, were present.  The U.S. Probation Officer, Michael Reiger, was also present.

The defendant admitted  to the allegations, in violation of his supervised release, as stated in the Petition filed on August 19, 2014.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on January 10, 2007.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months, with no supervision to follow.

The Court hereby recommends that defendant be housed in a facility in Southern California, or as close thereto as possible.

///

1    IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the

2  United States Marshal or other qualified officer and that said copy shall serve as the

3  commitment of defendant.

4

5  FILE/DATED:        November 3, 2016

_____

6  CHRISTINA A. SNYDER
   UNITED STATES DISTRICT JUDGE

7  KIRY K. GRAY
   CLERK OF COURT

8

9

   By: ____/S/_____
10     Catherine M. Jeang,  Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28